```
STATE OF NORTH DAKOTA              IN DISTRICT COURT
BURLEIGH COUNTY           SOUTH CENTRAL JUDICIAL DISTRICT
                                 CASE NO. 08-C-11-_____

Neal W. Schmidt,            |
                            |
        Plaintiff,          |
                            |
        vs.                 |
                            |
ALW Sourcing, LLC,          |
                            |
        Defendant           |
                            |
```

## SUMMONS

**TO EACH DEFENDANT SERVED WITH THIS SUMMONS:**

You are summoned and required to appear and defend against the Complaint in this action, which is served on you, by serving on the attorney for the Plaintiff an answer or other proper response within twenty days after the service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

Dated January 31, 2011.

/s/ John J. Gosbee
John J. Gosbee (#3967)
Attorney for Plaintiff
P.O. Box 474
Fort Yates, ND  58538-0474
(701) 663-2225
[jgosbee@gosbeelaw.com]

1

Summons
January 31, 2011

GOSBEE LAW OFFICE
P.O. Box 474
Fort Yates, ND 58538-0474
(701) 663-2225



EXHIBIT A

| | |
|---|---|
| STATE OF NORTH DAKOTA<br>BURLEIGH COUNTY | IN DISTRICT COURT<br>SOUTH CENTRAL JUDICIAL DISTRICT<br>CASE NO. 08-C-11-_____ |
| Neal W. Schmidt,<br><br>    Plaintiff,<br><br>vs.<br><br>ALW Sourcing, LLC,<br><br>    Defendant | |

## COMPLAINT

As a claim for relief, the Plaintiff, Neal W. Schmidt (Consumer), states the paragraphs that follow. As necessary, each paragraph relates to all other paragraphs, without any necessity of repetition.

### I. PARTIES.

1. Consumer is a "consumer" as that term is defined in the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692 *et seq.*

2. Defendant ALW Sourcing, LLC (Collector) is a Maryland limited liability company in the business of "collection of delinquent account receivables" [*sic*], according to its corporate listing with the North Dakota Secretary of State. In the course of its business, Collector

1

Complaint
January 31, 2011

GOSBEE LAW OFFICE
P.O. Box 474
Fort Yates, ND 58538-0474
(701) 663-2225

regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due to another. Collector tried to collect from Consumer an alleged "debt," as that term is defined in FDCPA. Accordingly, Collector is a "debt collector" as defined in FDCPA.

## II. BACKGROUND FACTS.

3. On about January 29, 2011, Consumer received a letter from Collector, claiming that Consumer owed Discover Product, Inc., account number ending in 5481 (the Discover Account). The amount claimed due was $6,435.42. Collector offered to settle the claim for $2,547.17. With some personal information redacted, an accurate copy of Collector's letter is attached as Exh. NWS-101.

4. In fact, Consumer owed nothing on the asserted claim. Consumer was sued in 2006 by Discover Bank over the very same Discover Account, in South Central Judicial District Court for Burleigh Count, Case No. 08-06-C-0284 (the 2006 Case). The 2006 Case also involved an account number allegedly ending in 5481. An accurate copy of the Complaint in the 2006 Case is attached as Exh. NWS-102. To show that the 2006 Case involved the same Discover

2

Complaint
January 31, 2011

GOSBEE LAW OFFICE
P.O. Box 474
Fort Yates, ND 58538-0474
(701) 663-2225

Account, an accurate copy, with some personal information redacted, of Discover's discovery responses in the 2006 Case is attached as Exh. NWS-103. The account number appears on pp. 4-6 of Exh. NWS-103. By serving this Complaint, counsel represents that the entire account number is the same in both Exhs. NWS-101 and NWS-103. The 2006 Case was settled and dismissed with prejudice. An accurate copy of the judgment of dismissal in the 2006 Case is attached as Exh. NWS-104. Therefore, Consumer owed nothing on the claim asserted by Collector.

5. This is the second time in less than three months a debt collector has tried to collect the alleged Discover Account from Consumer. Obviously, Collector did nothing to check to see if the claim was properly owing.

### III. FDCPA VIOLATIONS.

6. Under FDCPA, Collector violated FDCPA generally by engaging in a deceptive and abusive debt collection practice, namely trying to collect a debt which had been previously litigated adverse to Collector's claim. Further, Collector's actions were deceptive and abusive because nobody at Collector made even the slightest effort to check to see if the Discover Account claim was

3

Complaint
January 31, 2011

legitimate.

### IV. DAMAGES.

7. As a result of the FDCPA violations by Collector, Consumer experienced wounded feelings, mental suffering, humiliation, degradation, and disgrace, as those elements are allowed in measuring compensatory damages under *Stoner v. Nash Finch*, 446 N.W.2d 747, 753 (N.D. 1989). The reasonable value of Consumer's damages is at least $50,000.00.

### V. RELIEF REQUESTED

**THEREFORE**, Consumer asks that the Court award him the relief specified in the paragraphs that follow.

8. For a judgment of at least $50,000.00 against Collector for violation of FDCPA.
9. For an award of statutory damages of $1,000.00, attorney fees, and costs for the FDCPA violations.
10. On all issues so triable, for trial by a jury of at least 9 members.
11. For such other relief, legal and equitable, to which Consumer shows he is entitled as supported by the evidence adduced at trial.

Signature page follows.

4

Complaint
January 31, 2011

GOSBEE LAW OFFICE
P.O. Box 474
Fort Yates, ND 58538-0474
(701) 663-2225

Dated January 31, 2011.

                                                            /s/ *John J. Gosbee*
                                          John J. Gosbee (#3967)
                                          Attorney for Plaintiff
                                          P.O. Box 474
                                          Fort Yates, ND  58538-0474
                                          (701) 663-2225
                                          [jgosbee@gosbeelaw.com]

Complaint
January 31, 2011

GOSBEE LAW OFFICE
P.O. Box 474
Fort Yates, ND 58538-0474
(701) 663-2225

PO BOX 4938
Dept 11
TRENTON NJ 08650

**ALW Sourcing, LLC**
1804 Washington Boulevard, Baltimore, MD 21230

Calls to or from this company may be monitored or recorded for quality assurance.

1-888-379-4884
OFFICE HOURS:
8AM-9PM MON THRU THURSDAY
8AM-5PM FRIDAY
8AM-12PM SATURDAY
Jan 23, 2011

NEAL W SCHMIDT
BISMARCK ND 58501-

CREDITOR: DISCOVER PRODUCTS INC
CREDITOR'S ACCOUNT #: ▢5481
CURRENT BALANCE DUE: $ 6435.42

The named creditor has placed this account with our office for collection. You can settle this account for a lump sum payment of $2574.17. This offer will remain valid for a minimum of 45 days from the date of this letter and may be extended for an additional period. Before making a settlement payment after 45 days from the date of this letter, please confirm with one of our representatives that this offer is still valid. Should you choose to accept this offer, please enclose this letter or a copy with your settlement and mark your check or money order with the account reference number listed below and that this is a settlement.

To assure proper credit, please put our internal account number ▢ on your check or money order and enclose the lower portion of this letter, or a copy thereof, with your payment. If you need to speak to a representative, contact us at 1-888-379-4884.

Returned checks may be subject to the maximum fees allowed by your state.

You may also make payment by visiting us online at https://payments.alwsourcing.com. Your unique registration code is ▢

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

| Our Account # | Creditor's Acct# | Current Balance Due |
|---|---|---|
| | 5481 | $ 6435.42 |

NEAL W SCHMIDT
Payment Amount ▼

$

Check here if your address or phone number has changed and provide the new information below.

Make Payment To:

ALW Sourcing, LLC
PO BOX 4937
TRENTON NJ 08650-4937

ALWP E3
348

000000000006435424

Exh. NWS-101

| | |
|---|---|
| STATE OF NORTH DAKOTA | IN DISTRICT COURT |
| COUNTY OF BURLEIGH | SOUTH CENTRAL JUDICIAL DISTRICT |

Discover Fin. Svcs. Inc.  )
  )
    Plaintiff,  )    **COMPLAINT**
  )
vs  )    CIVIL No. __06 C 0 2 8 4__
  )
Neal W. Schmidt,  )
  )
    Defendant.  )
  )

PLAINTIFF, for its cause of action against the Defendant, states:

I.

The Defendant is indebted to the Plaintiff in the sum of $6,523.42 plus interest which continues to accrue for services rendered by the above plaintiff.

II.

Demand has been made for payment of the above account, but the account has not been paid.

WHEREFORE, Plaintiff prays for judgment against the Defendant in the sum of $6,523.42, plus interest which continues to accrue; for its costs and disbursements herein; and for such other and further relief as the court deems just and equitable.

Dated at Minot, North Dakota, January 5ᵗʰ, 2006.

    William C. Worthington, Jr.(N.D.ID#03357)
    WORTHINGTON LAW FIRM
    P.O. Box 2087
    Minot, ND 58702-2087
    (701) 852-5513
    Our File No. 05-6182
    ATTORNEY FOR THE PLAINTIFF

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

RECEIVED & FILED

FEB 14 2006

Exh. NWS-102 Clerk of Ct. Burleigh Co.

| | |
|---|---|
| STATE OF NORTH DAKOTA<br>COUNTY OF BURLEIGH | IN DISTRICT COURT<br>SOUTH CENTRAL JUDICIAL DISTRICT<br>CIVIL NO. 08-06-C-0284 |
| Discover Bank,<br><br>    Plaintiff,<br><br>-vs-<br><br>Neal W. Schmidt,<br><br>    Defendant. | |

## SCHMIDT'S DISCOVERY REQUEST, SET NO. 1

In accordance with Rules 33 et seq., NDRCivP, the Defendant, Neal W. Schmidt (Schmidt), submits this discovery request addressed to the Plaintiff. Discover Fin. Svcs., LLC.,(DFS), the serving affiliate of Discover Bank.

### DEFINITIONS AND GENERAL INSTRUCTIONS

As used in this Request, the following terms have the meanings indicted:

D-01.  "Charge" means any increase in the amount DFS claims Schmidt owed it on the Schmidt Account.

D-02.  "Credit" means any increase in the amount DFS claims Schmidt owed it on the Schmidt Account.

D-03.  "Schmidt Account" means the account with DFS that is the subject of this lawsuit.

Interrogatories (designation I-xx) are propounded under and governed by Rule 33, NDRCivP. Requests for Production (designation RFP-xx) are propounded under Rule 34. NDRCivP.

### INTERROGATORIES

I-01.  Please identify at least one individual whose deposition may be taken, as permitted under Rule 30(b) (6), NDRCivP, who con, either through existing personal knowledge or adequate preparation and research, testify as to matters known or reasonably available to DFS, with respect to each of the following matters:

RESPONSE:  Unknown at this time

      a.     How each charge was calculated and posted to the Schmidt Account.

RESPONSE: See attached statements.

     How each credit was calculated and posted to the Schmidt Account.

RESPONSE: See attached statements

I-02.  Do you plan to call any witnesses at trial. If so, please identify each witness you plan to call, the substance of that person's testimony, and the basis of that witness's knowledge of the subjects on which the witness will testify.

RESPONSE: Unknown at this time.

I-03.  Please identify each person who prepared DFS's response to this discovery request, and each person who assisted in that preparation.

RESPONSE: Unknown at this time.

## REQUESTS FOR PRODUCTION

RFP-01.    With respect to each charge to the Schmidt Account, please produce at least the following items:

      a.     A description of the goods or services provided including as well entity supplying the goods or services, the date the goods or services were provided.

RESPONSE: This is impossible to determine, as each merchant keeps his own receipts.

      b.     Evidence that Schmidt personally procured the goods or services, or otherwise authorized the charge.

RESPONSE: The only way to get this information is from the merchant.

      c.     In the case of a charge which required calculation based on another amount (e.g., interest, finance charge, late payment fees, etc.), the precise method by which that charge was calculated.

RESPONSE: See attached statements.

RFP-02.    With respect to each credit to the Schmidt Account, please produce at least the following items:

      a.     A description of the reason for the credit.

RESPONSE: N/A

      b.     Evidence that the credit was properly determined.

      c.     In the case of a credit which required calculation based on another amount (e.g., interest, finance charge, late payment fees, etc.), the precise method by which that credit was calculated.

RESPONSE: See attached statements.

RFP-03.   If there is any tangible thing that you plan to offer as an exhibit at trial, and hasn't been produced in response to another RFP, please produce each such other tangible thing.

RESPONSE:   N/A

Dated: April 12, 2006

                                        William C. Worthington, Jr., Esq.
                                        P.O. Box 2087
                                        Minot, ND 58702-2087
                                        701/852-5513

## CERTIFICATION OF SERVICE

In accordance with Rule 5(f), NDRCivP, I certify that I have served Defendant's Discovery Request (Set No. 1) by mailing a copy to:

      Neal W. Schmidt
      1038 West Avenue B
      Bismarck, ND 58501-2406

Dated: April 12, 2006

                                        William C. Worthington, Jr. Esq.

**DISCOVER CARD**

| | | |
|---|---|---|
| new balance | minimum payment due | account number ▢ 5481 |
| $8,523.42 | $905.00 | enter amount enclosed below |
| | payment due date | $ ▢ |
| | September 2, 2003 | |

Please make check payable to Discover Card. You are overlimit. Pay the sum of the monthly minimum payment plus the overlimit amount of $2,523.42.

03 SDSN8A01 0003096
NEAL W SCHMIDT
▢
BISMARCK ND 58501-▢

NOV 0 8 200

4489895

Consolidate bills quickly and securely with a Balance Transfer to your Discover Card - Call 1-877-352-0966 TODAY!

BRO

PO BOX 30395
SALT LK CITY UT 84130-0395

Address or telephone change? Please print change in the space above, or go to Discovercard.com.

11-8-05
TAM

0000060110060406354410652342000000000090500

### Discover Card Account Summary

| account number | ▢ 5481 |
|---|---|
| payment due date | September 2, 2003 |
| minimum payment due | $905.00 |
| credit limit | $4,000.00 |
| credit available | $0.00 |
| cash credit limit | $2,000.00 |
| cash credit available | $0.00 |

**Closing Date: August 3, 2003**  page 1 of 3

| previous balance | | $6,345.82 |
|---|---|---|
| payments and credits | − | 0.00 |
| purchases | + | 58.00 |
| cash advances | + | 0.00 |
| balance transfers | + | 0.00 |
| FINANCE CHARGES | + | 119.60 |
| new balance | = | $6,523.42 |

You may be able to avoid Periodic Finance Charges, see the reverse side for details.

### Cashback Bonus®

Cashback Bonus® Anniversary Date:   February 3

| Previous Cashback Bonus Award Balance | $ | 0.00 |
|---|---|---|
| Purchase Award This Period | + | 0.00 |
| Cashback Bonus Award Total | | 0.00 |
| Redemptions This Period | − | 0.00 |
| **Cashback Bonus Award Balance** | | 0.00 |
| Award Available to Redeem | $ | 0.00 |

### Transactions

| trans. date | post date | | | |
|---|---|---|---|---|
| previous statement balances | | FINANCE CHARGES: OLD BALANCE | $ | 0.00 |
| | | FINANCE CHARGES: CASH | | 0.00 |
| | | FINANCE CHARGES: PURCHASES | | 0.00 |
| | | FINANCE CHARGES: BALANCE TRANSFERS | | 0.00 |
| | | PRINCIPAL: OLD BALANCE | | 0.00 |
| | | PRINCIPAL: CASH | | 0.00 |
| | | PRINCIPAL: PURCHASES | | 0.00 |
| | | PRINCIPAL: BALANCE TRANSFERS | | 0.00 |
| tran date | post date | | | |
| Aug 3 | Aug 3 | LATE FEE | | 29.00 |
| Aug 3 | Aug 3 | OVERLIMIT FEE | | 29.00 |


EXHIBIT

Please see following page for additional information. Questions? Call 1-800-DISCOVER(1-800-347-2683) or log on to Discovercard.com

Exh. NWS-103, page 4 of 6 pages

**DISCOVER CARD**

| | |
|---|---|
| new balance | $0.00 |
| minimum payment due | $1,036.00 |
| payment due date | August 30, 2003 |
| account number | 5481 |
| enter amount enclosed below | $ |

31 SDSN6A01 0003096
NEAL M SCHMIDT
BISMARCK ND 58501-

Consolidate bills quickly and securely with a Balance Transfer to your Discover Card - Call 1-877-353-0986 TODAY!

PO BOX 15251
WILMINGTON DE 19886-5251

Address or telephone change? Please print change in the space above, or go to Discovercard.com.

00000601100804063548100000000000000000103600

### Discover Card Account Summary

| | |
|---|---|
| account number | 5481 |
| payment due date | August 30, 2003 |
| minimum payment due | $1,036.00 |
| credit limit | $4,000.00 |
| credit available | $0.00 |
| cash credit limit | $2,000.00 |
| cash credit available | $0.00 |

**Closing Date: August 31, 2003**  page 1 of 3

| | | |
|---|---|---|
| previous balance | | $6,523.42 |
| payments and credits | - | 6,523.42 |
| purchases | + | 0.00 |
| cash advances | + | 0.00 |
| balance transfers | + | 0.00 |
| FINANCE CHARGES | + | 0.00 |
| new balance | = | $0.00 |

### Cashback Bonus

Cashback Bonus Anniversary Date:  February 3

| | | |
|---|---|---|
| Previous Cashback Bonus Award Balance | $ | 0.00 |
| Purchase Award This Period | + | 0.00 |
| Cashback Bonus Award Total | | 0.00 |
| Redemptions This Period | - | 0.00 |
| **Cashback Bonus Award Balance** | | 0.00 |
| Award Available to Redeem | $ | 0.00 |

### Transactions

| trans. date | post date | | |
|---|---|---|---|
| previous statement balances | | FINANCE CHARGES: OLD BALANCE | $ 0.00 |
| | | FINANCE CHARGES: CASH | 0.00 |
| | | FINANCE CHARGES: PURCHASES | 0.00 |
| | | FINANCE CHARGES: BALANCE TRANSFERS | 0.00 |
| | | PRINCIPAL: OLD BALANCE | 0.00 |
| | | PRINCIPAL: CASH | 0.00 |
| | | PRINCIPAL: PURCHASES | 0.00 |
| | | PRINCIPAL: BALANCE TRANSFERS | 0.00 |
| Aug 31 | Aug 31 | INTERNAL CHARGE-OFF | -6,523.42 |

Please see following page for additional information. Questions? Call 1-800-DISCOVER(1-800-347-2683) or log on to Discovercard.com

Exh. NWS-103, page 5 of 6 pages

**DISCOVER** CARD



NEAL W SCHMIDT
account number ▢▢▢▢▢▢▢▢5481

Please feel free to call our toll-free Discover®Cardmember Service anytime if you have questions or concerns about your Account, any of your Discover Card benefits, or any other aspect of your membership. We're here to help.

Call our toll-free Cardmember Service Number:

**1-800-DISCOVER**
(1-800-347-2683)
24 hours a day, 7 days a week

Closing Date: August 31, 2003      page 2 of 3

| | Average Daily Balances | Daily Periodic Rates | Nominal ANNUAL PERCENTAGE RATES | ANNUAL PERCENTAGE RATES | Periodic FINANCE CHARGES | Transaction Fee FINANCE CHARGES |
|---|---|---|---|---|---|---|
| current billing period: 28 days | | | | | | |
| Purchases | $0 | 0.06025% | 21.99% F | 21.99% | $0 | none |
| Cash Advances | $0 | 0.06025% | 21.99% F | 21.99% | $0 | $0 |

The rates that apply to your Account are either fixed (F) or they may vary (V; as noted above.

Questions? Call 1-800-DISCOVER (1-800-347-2683) or log on to Discovercard.com. For TDD (Telecommunication Device for the Deaf) assistance, see reverse side. Send billing error notice to: Discover Card: P.O. Box 15192; Wilmington, DE 19850-5192.

Exh. NWS-103, page 6 of 6 pages

| | |
|---|---|
| STATE OF NORTH DAKOTA | IN DISTRICT COURT |
| COUNTY OF BURLEIGH | SOUTH CENTRAL JUDICIAL DISTRICT |

Discover Financial Services, Inc.,  )
                                     )     Civil No. 06-C-0284
         Plaintiff,      )
                                     )
vs.                                 )     **JUDGMENT OF DISMISSAL**
                                     )
Neal W. Schmidt,                )
                                     )
         Defendant.     )

The Plaintiff having filed a motion to dismiss, and the Court having duly entered an order for Judgment of Dismissal, it is now, in accordance with said Order for Judgment,

ORDERED, ADJUDGED AND DECREED that the above entitled action be, and the same is hereby dismissed with prejudice and without costs to any of the parties.

Dated this 29th day of November, 2006.

_Debra Simenson_
Clerk of the District Court

RECEIVED & FILED

NOV 29 2006

Clk. of Crt. Burleigh Co.

13

Exh. NWS-104