**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Neal W. Schmidt, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| ALW Sourcing, LLC, | ) | Case No. 1:11-cv-016 |
| | ) | |
| Defendant. | ) | |

Before the Court is a "Stipulation for Dismissal With Prejudice" filed on March 30, 2011. The Court **ADOPTS** the stipulation in its entirety (Docket No. 11) and **ORDERS** that the case be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure, with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 4th day of April, 2011.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge